IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHERMAN RAY HANKINS                                                    PLAINTIFF

v.                          Civil No. 5:16-cv-05355

SHERIFF TIM HELDER; and
OFFICER JACOB SENA                                                    DEFENDANTS

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis* (IFP). Plaintiff is incarcerated in the Grimes Unit of the Arkansas Department of Correction.

On September 14, 2017 (ECF No. 33), Plaintiff was directed to file his Response to Defendants' Summary Judgment Motion by October 5, 2017. On October 16, 2017 (ECF No. 41), Plaintiff was given an extension of time until November 13, 2017, to file his Response.

To date, Plaintiff has not filed his Response. He has not requested an extension of time to do so. No mail has been returned as undeliverable. Plaintiff has not communicated with the Court in any way.

Therefore, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** this 1st day of December, 2017.

                                                                            /s/ Timothy L. Brooks
                                                                            TIMOTHY L. BROOKS
                                                                            UNITED STATES DISTRICT JUDGE